NADAguides Value Report 10/7/2020

# 2016 Dodge Journey
Utility 4D SE 2WD I4

 CHANGE CAR    COMPARE

## Values

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| Base Price | $7,950 | $9,075 | $10,000 | $12,350 |
| Mileage (55,000) | $750 | $750 | $750 | $750 |
| Total Base Price | $8,700 | $9,825 | $10,750 | $13,100 |
| Options |  |  |  |  |
| W/o 3rd Row Seat | -$200 | -$200 | -$200 | -$225 |
| W/o Rear Air Conditioning | -$200 | -$200 | -$200 | -$225 |
| Price + Options | $8,300 | $9,425 | $10,350 | $12,650 |

Selling Your Car? **Get an Online Offer** in 2 Minutes.

| Certified Pre-Owned (CPO) | +$900 |
|---|---|
| **Certified Price with Options** | **$13,550** |

